

RECEIVED

MAR 1 0 2026

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

### UNITED STATES DISTRICT COURT
### FOR THE
### SOUTHERN DISTRICT OF IOWA
#### CIVIL DIVISION

MATTHEW LEWIS,

                    Plaintiffs,

-v-

NEW AMERICAN FUNDING LLC;

FEDERAL HOME LOAN

MORTGAGE CORPORATION;

and DOES 1–10

                    Defendant.

Case No. _____

**VERIFIED COMPLAINT FOR DECLARATORY, INJUNCTIVE, STATUTORY, AND QUIET TITLE RELIEF**

Property Address: 2005 Schricker St, Davenport, Iowa 52804
Parcel ID: H0048-14
Legal Description: GRAND VIEW ADD, Lot 002, Block 001, City of Davenport, Scott County, Iowa

Prior Foreclosure Case No.: 4D-FORECLOSURE-EQCl-36555

## I. JURISDICTION AND VENUE

1. This action arises under the Real Estate Settlement Procedures Act ("RESPA"), 12 U.S.C. §2605, and its implementing regulations, 12 C.F.R. §§1024.35–1024.36 (Regulation X).

2. This Court has federal question jurisdiction pursuant to 28 U.S.C. §1331.

3. Declaratory relief is authorized under 28 U.S.C. §§2201–2202.

4. Venue is proper in this District under 28 U.S.C. §1391 because the subject property is located in Scott County, Iowa, within this District.

## II. PARTIES

5. Plaintiff Matthew Lewis is a natural person residing in Davenport, Iowa and is the record title holder of the subject property.

6. Defendant New American Funding LLC is a mortgage servicer conducting business in Iowa and was the servicer of Plaintiff's mortgage loan at all relevant times.

7. Defendant Federal Home Loan Mortgage Corporation is the claimed investor/owner of the loan.

8. DOES 1–10 are unknown parties claiming an interest adverse to Plaintiff.

## III. FACTUAL BACKGROUND

9. The subject property is legally described as:

GRAND VIEW ADD, Lot 002, Block 001, City of Davenport, Scott County, Iowa.

10. A foreclosure action was filed under Case No. 4D-FORECLOSURE-EQC1-36555.

11. Plaintiff filed a Motion to Set Aside Sheriff's Sale on November 24, 2025.

12. The Court signed an Order Setting Aside Sheriff's Sale on December 15, 2025.

13. A Notice of Rescission and Dismissal Without Prejudice was filed on December 16, 2025.

14. As a result, the foreclosure sale was vacated and title reverted.

15. On December 24, 2025, Plaintiff sent a formal Notice of Error ("NOE") and Request for Information ("RFI") pursuant to 12 C.F.R. §§1024.35–1024.36 to:

- New American Funding

- Federal Home Loan Mortgage Corporation

- Counsel of record in the foreclosure action

16. New American Funding received its NOE/RFI on December 29, 2025.

17. Federal Home Loan Mortgage Corporation received its NOE/RFI on January 2, 2026.

18. Defendants failed to provide timely acknowledgment within five (5) business days as required by 12 C.F.R. §1024.36(c).

19. Defendants failed to substantively respond within thirty (30) business days as required by 12 C.F.R. §§1024.35(e) and 1024.36(d).

20. The NOE and RFI requested, among other things:

- Identity of the current note holder

- Complete life-of-loan payment history

- Loss mitigation review records

- Authority to foreclose documentation

- Copies of all assignments

21. No compliant response has been provided.

22. Because the prior sheriff's sale was rescinded and the foreclosure dismissed without prejudice, Defendants must establish standing anew before asserting any further foreclosure rights.

23. Defendants' failure to comply with RESPA deprives Plaintiff of material information necessary to evaluate and resolve the alleged default.


## IV. COUNT I – VIOLATION OF RESPA (12 U.S.C. §2605)

24. Plaintiff incorporates all prior paragraphs.

25. Plaintiff submitted a qualified written request / Notice of Error and Request for Information under Regulation X.

26. Defendants failed to acknowledge receipt as required.

27. Defendants failed to conduct a reasonable investigation.

28. Defendants failed to provide responsive documentation.

29. Plaintiff has suffered actual damages, including:

- Costs of litigation

- Emotional distress

- Clouded title

- Loss of opportunity to cure or negotiate

30. Defendants' conduct constitutes a pattern or practice of noncompliance, entitling Plaintiff to statutory damages under 12 U.S.C. §2605(f).

## V. COUNT II – DECLARATORY RELIEF

31. An actual controversy exists regarding:

- Ownership of the note

- Authority to enforce

- Validity of any assignments

- Standing to foreclose

32. Plaintiff seeks a judicial declaration that:

- Defendants lack standing absent strict proof of ownership and possession of the note.

- Defendants' failure to comply with RESPA bars further foreclosure activity until cured.

## VI. COUNT III – QUIET TITLE

33. Plaintiff is in possession of the property.

34. The prior foreclosure sale was set aside and dismissed.

35. Any claim by Defendants is presently unsupported by documentation responsive to Plaintiff's lawful request.

36. Defendants' claims constitute a cloud on title.

37. Plaintiff requests the Court to quiet title against Defendants unless they establish lawful standing and compliance with federal servicing regulations.

## VII. INJUNCTIVE RELIEF

38. Plaintiff seeks preliminary and permanent injunctive relief prohibiting Defendants from:

- Initiating or re-filing foreclosure

- Recording further adverse instruments

- Conducting any sale

until full compliance with RESPA and proof of standing is established.

## VIII. DAMAGES

Plaintiff requests:

A. Actual damages under 12 U.S.C. §2605(f)
B. Statutory damages for pattern and practice
C. Attorney's fees and costs (if later retained)
D. Declaratory judgment
E. Quiet title decree
F. Preliminary and permanent injunction
G. Any other relief the Court deems just and proper

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury on all issues so triable.

## VERIFICATION

I, Matthew J. Lewis, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on: 3-7-26

Matthew J. Lewis
1516 Mississippi Ave
Davenport, IA 52803
(563) 340-5775
mm2224@aol.com
Plaintiff, Pro Se

RECEIVED

MAR 1 0 2026

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| | | |
|---|---|---|
| MATTHEW LEWIS | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| NEW AMERICAN FUNDING LLC; | ) | |
| FEDERAL HOME LOAN ) MORTGAGE | ) | |
| CORPORATION; | ) | |
| and DOES 1-10 | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  New American Funding LLC
Attn: Registered Agent / Legal Department
14511 Myford Road, Suite 100
Tustin, CA 92780

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew Lewis
1516 Mississippi Ave
Davenport, IA 52803
563-340-5775
mm2224@aol.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

**RECEIVED**

# UNITED STATES DISTRICT COURT

for the

Southern District of Iowa

MAR 1 0 2026

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| MATTHEW LEWIS <br><br> *Plaintiff(s)* <br> v. <br> NEW AMERICAN FUNDING LLC; FEDERAL HOME LOAN ) MORTGAGE CORPORATION; and DOES 1-10 <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Federal Home Loan Mortgage Corporation
8200 Jones Branch Drive
McLean, VA 22102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Matthew Lewis
1516 Mississippi Ave
Davenport, IA 52803
563-340-5775
mm2224@aol.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**RECEIVED**

MAR 1 0 2026

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF IOWA
<u>CIVIL DIVISION</u>

| | | |
|---|---|---|
| MATTHEW LEWIS, | ) | |
| Plaintiffs, | ) | Case No. |
| -v- | ) | |
| NEW AMERICAN FUNDING LLC; | ) | |
| FEDERAL HOME LOAN ) | ) | |
| MORTGAGE CORPORATION; | ) | |
| and DOES 1-10 | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**CIVIL COVER SHEET (JS-44)**

I. PLAINTIFF
Matthew Lewis
1516 Mississippi Ave
Davenport, IA 52803

II. DEFENDANTS
New American Funding LLC
Federal Home Loan Mortgage Corporation

III. BASIS OF JURISDICTION
☑ Federal Question (28 U.S.C. §1331)

IV. NATURE OF SUIT
Consumer Credit / Real Estate – RESPA (12 U.S.C. §2605)

V. ORIGIN
☑ Original Proceeding

VI. CAUSE OF ACTION
Real Estate Settlement Procedures Act violations and related declaratory and quiet title claims.

VII. REQUESTED IN COMPLAINT
☑ Jury Demand
Relief Requested: Declaratory Judgment, Injunction, Quiet Title, Damages.

VIII. RELATED CASES
Prior Foreclosure: Case No. 4D-FORECLOSURE-EQC1-36555 Scott County, Iowa